UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SEAN M. PERRY, ) | |
| ) | |
| Plaintiff, ) | No. SACV 12-2104 AJW |
| ) | |
| v. ) | |
| ) | J U D G M E N T |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

August 12, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge